IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**GILLEAN BARROWS,**                                              07-CV-1135-BR

       **Plaintiff,**                                   JUDGMENT

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

       **Defendant.**


**DAVID B. LOWRY**
9990 S.W. Greenburg Road, Ste. 235
Portland, Oregon  97068
(503) 245-6309

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITTANIA I. HOBBS**
**NEIL J. EVANS**
Assistant United States Attorneys
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1053

1 - JUDGMENT

**DAVID MORADO**
Office of the General Counsel
**DAVID R. JOHNSON**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2212

    Attorneys for Defendant

    Based on the Court's Opinion and Order (#22) issued October 17, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 17th day of October, 2008.

                                       /s/ Anna J. Brown

                                      ANNA J. BROWN
                                      United States District Judge